UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFEVANTAGE CORPORATION, DARREN JENSEN, JUSTIN ROSE, and RYAN GOODWIN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 3:18-CV-00135-SRU<br><br><br><br><br>April 16, 2018 |

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO 12(b)(6) AND MOTION TO DISMISS THE INDIVIDUAL DEFENDANTS FOR LACK OF PERSONAL JURISDICTION**

Defendants LifeVantage Corporation ("LifeVantage"), Darren Jensen, Justin Rose, and Ryan Goodwin (the "Individual Defendants" and together with LifeVantage, the "Defendants") move to dismiss Plaintiff's Complaint (Dkt. No. 1), pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), for failure to state a claim upon which relief can be granted. As explained in the accompanying Memorandum of Law: (i) Plaintiff's RICO claims are preempted under the Private Securities Litigation Reform Act of 1995 ("PLSRA"); (ii) Plaintiff's Connecticut Unfair Trade Practices Act claim is likewise barred because it cannot be based on the purchase and sale of securities; (iii) Plaintiff's securities fraud claims fail to state a claim because Plaintiff did not adequately allege the elements of materiality, scienter, or reliance; (iv) Plaintiff lacks standing to pursue a claim under the Connecticut Contingent Transaction Act ("CTA"); (v) Plaintiff cannot be awarded damages under the CTA; and (vi) Plaintiff's claim for unjust enrichment cannot stand where Plaintiff received counter-performance and the claim at issue is subject to an express contract.

The Individual Defendants move to dismiss all of Plaintiff's claims against them pursuant

to Fed. R. Civ. P. 12(b)(2) because the Court lacks personal jurisdiction. As explained in the accompanying Memorandum of Law, the Individual Defendants are not subject to personal jurisdiction in Connecticut under the Connecticut long-arm statute, under the requirements of Due Process, nor under the jurisdiction conferred by the RICO act.

DATED: April 16, 2018                    Respectfully submitted,

                                         By: */s/ Thomas M. Melsheimer*
                                         Thomas M. Melsheimer (Admitted *Pro Hac Vice)*
                                         TX Bar No. 13922550
                                         tmelsheimer@winston.com
                                         John C.C. Sanders, Jr. (Admitted *Pro Hac Vice)*
                                         TX Bar No. 24057036
                                         jsanders@winston.com
                                         Rex A. Mann (Admitted *Pro Hac Vice)*
                                         TX Bar No. 24075509
                                         rmann@winston.com
                                         Lane M. Webster (Admitted *Pro Hac Vice)*
                                         TX Bar No. 24089042
                                         lwebster@winston.com
                                         Winston & Strawn, LLP
                                         2501 N. Harwood St., 17th Floor
                                         Dallas, TX 75201
                                         Phone: 214-453-6500
                                         Fax: 214-453-6400

                                         John Doroghazi (ct28033)
                                         WIGGIN AND DANA LLP
                                         One Century Tower, P.O. Box 1832
                                         New Haven, CT 06508-1832
                                         Telephone: 203-498-4400
                                         Facsimile: 203-782-2889
                                         jdoroghazi@wiggin.com

                          COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                  */s/ Rex Mann*
                                  Rex Mann