UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

BRIAN SMITH, individually                                      Case No. 3:18-cv-00135-SRU
and on behalf of all others similarly situated,

    Plaintiff,

vs.

LIFE VANTAGE CORPORATION,
DARREN JENSEN, JUSTIN ROSE,
and RYAN GOODWIN,

    Defendants.
_____

## **NOTICE OF APPEARANCE OF J. BENJAMIN KING**

Notice is hereby given that J. Benjamin King is entering his appearance as counsel for Plaintiff Brian Smith in all further proceedings in this cause of action and requests that all future notices from the Court, copies and pleadings sent to the parties be sent to him at the following address:

J. Benjamin King
Reid Collins & Tsai LLP
1601 Elm Street, Suite 4250
Dallas, TX 75201
Tel: 214-420-8900
Fax: 214-420-8909
bking@rctlegal.com

1

Dated: May 7, 2018

REID COLLINS & TSAI LLP

 */s/ J. Benjamin King*
J. Benjamin King (*pro hac vice*)
1601 Elm Street, Suite 4250
Dallas, Texas 75201
Tel: (214) 420-8900
Fax: (214) 420-8909
Email: bking@rctlegal.com

R. Adam Swick (*pro hac vice*)
1301 S. Capital of Texas hwy., Suite C300
Austin, Texas 78746
Tel: (512) 647-6100
Fax: (512) 647-6129
Email: aswick@rctlegal.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 7, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone able to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

       /s/ J. Benjamin King
       J. Benjamin King