# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN SMITH, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 3:18-CV-000135 (SRU) |
| Plaintiff, | : : | |
| vs. | : : | |
| LIFEVANTAGE CORPORATION, DARREN JENSEN, JUSTIN ROSE, and RYAN GOODWIN, | : : : : | |
| Defendants. | : : | JUNE 11, 2018 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully moves to withdraw his appearance for Plaintiff Brian Smith in this matter pursuant to Local Civil Rule 7(e). Plaintiff's other appearing counsel, of the same firm as the undersigned, will continue to represent him in these proceedings. Therefore, the Court should withdraw the undersigned's appearance.

Respectfully submitted,

By  /s/ John L. Cordani, Jr.
John L. Cordani, Jr. (ct28833)
CARMODY TORRANCE SANDAK &
HENNESSEY LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110
Phone: 203-573-1200
Fax: 203-575-2600
Email: jlcordani@carmodylaw.com

{W3011384}

## CERTIFICATION

     I hereby certify that on this 14th day of June 2018, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

     /s/ John L. Cordani, Jr.
John L. Cordani, Jr.